| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JOHN VANOUS, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:20-CV-536
§
TDCJ-CID OFFICERS, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

John Vanous filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court.

Plaintiff has filed a motion for temporary restraining order. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be denied as moot.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. The motion for a temporary restraining oder is **DENIED** as moot.

SIGNED at Beaumont, Texas, this 2nd day of June, 2021.

                                              MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE