**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JOHN VANOUS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:20-CV-536 |
| | § | |
| TDCJ-CID OFFICERS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

John Vanous, an inmate confined within the Texas Department of Justice, Criminal Institutions Division, proceeding *pro se*, filed the above-styled lawsuit. The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.

Plaintiff filed what has been construed as a motion for preliminary injunction. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that Plaintiff's motion be denied as moot. The recommendation was based on Plaintiff's transfer to a different prison unit.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

Accordingly, the findings of fact and conclusions in the Report are correct and the Report of the magistrate judge is **ADOPTED** as the opinion of the court. The motion for preliminary injunction (#10) is **DENIED** as moot.

SIGNED at Beaumont, Texas, this 4th day of January, 2022.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE