| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

JOHN VANOUS, §
　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　§
versus §　CIVIL ACTION NO. 1:20-CV-536
　　　　　　　　　　　　　　§
TDCJ-CID OFFICERS, *et al.*, §
　　　　　　　　　　　　　　§
　　　　Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff John Vanous, an inmate confined within the Texas Department of Justice, Criminal Institutions Division, proceeding *pro se*, filed the above-styled lawsuit pursuant to 42 U.S.C § 1983. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court.

Plaintiff filed a motion seeking a default judgment. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the motion. The magistrate judge recommends the motion be denied because the defendants have not been served with process.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

## ORDER

Accordingly, the findings of fact and conclusions in the Report are correct and the Report of the magistrate judge is **ADOPTED** as the opinion of the court. Plaintiff's motion for default judgment (#11) is **DENIED** as moot.

SIGNED at Beaumont, Texas, this 2nd day of February, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE