**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| JOHN VANOUS, | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:20-CV-536 |
| | § | |
| SERGEANT AULRO, | § | |
| Defendant. | § | |

### MEMORANDUM ORDER ADOPTING
### THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

John Vanous, proceeding *pro se*, filed the above-styled lawsuit.  The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court. Acting in response to a notice of voluntary dismissal filed by plantiff, the magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that this lawsuit be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence.  No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge (#39) is **ADOPTED** as the opinion of the court.  An appropriate final judgment will be entered.

SIGNED at Beaumont, Texas, this 19th day of April, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE